**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**


**IN RE:  BRICAN AMERICA LLC EQUIPMENT**
**LEASE LITIGATION**

| | | |
|---|---|---|
| Vijay Patel et al. v. NCMIC Finance Corporation et al., | ) | |
| C.D. California, C.A. No. 8:10-01493 | ) | MDL No. 2183 |


**TRANSFER ORDER**


    **Before the Panel:**[*]  Plaintiffs in this Central District of California action move, pursuant to Panel Rule 7.1, to vacate our order conditionally transferring the action to the Southern District of Florida for inclusion in MDL No. 2183.  Defendants NCMIC Finance Corp. and NCMIC Finance Corp. of California (collectively NCMIC) and PSFS 3 Corp. oppose the motion and support transfer of the action.

    After considering all argument of counsel, we find that this action involves common questions of fact with the actions in this litigation previously transferred to the Southern District of Florida and that transfer of this action to the Southern District of Florida for inclusion in MDL No. 2183 will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation.  We further find that transfer of these claims is appropriate for reasons that we set out in our original order directing centralization in this docket.  In that order, we held that the Southern District of Florida was a proper Section 1407 forum for actions arising from lease agreements for a multi-media patient education system that Brican America LLC and its affiliates marketed to medical and dental professionals and for which NCMIC provided financing.  *See In re Brican America LLC Equip. Litig.*, --- F.Supp.2d ---, 2010 WL 3237296 (J.P.M.L. Aug. 12, 2010). The Panel also held in that order that claims brought under California law still arise from the same factual core and are appropriate for inclusion in the centralized proceedings.

    IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, this action is transferred to the Southern District of Florida and, with the consent of that court, assigned to the Honorable Patricia A. Seitz for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

---

    [*]   Judge Kathryn H. Vratil took no part in the decision of this matter.

- 2 -

PANEL ON MULTIDISTRICT LITIGATION

_____

John G. Heyburn II
Chairman

David R. Hansen                W. Royal Furgeson, Jr.
Frank C. Damrell, Jr.          Barbara S. Jones
Paul J. Barbadoro

Certified to be a true and
correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida

By __Graciela Gomez__

Deputy Clerk

Date __02/08/2011__